IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**SEALED**

CASE NO. 3:08cr91 LAC

COREY CAMPBELL COACHMAN,
JAMES LASHAWN CAMPBELL,
BRIAN LAKEITH ROWE
and
SHERMAN LANE

_____

## MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

COMES NOW the United States of America, and requests that this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The indictment in this cause alleges violations of Title 18, United States Code Sections 841 and 846 against the four defendants. The defendants are not in custody at this time and law enforcement is attempting to coordinate their efforts to make arrests of all defendants simultaneously; however, if unsuccessful and the identities of those persons listed in the indictment becomes public, those persons that law enforcement can not initially apprehend are likely to flee.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 SEP 16 PM 5: 45

FILED

2.      The United States moves the Court that the indictment remain sealed as to all defendants until further Order of this Court, after the apprehension of the defendants or until that time as necessary for the trial.

3.      The United States further requests that the Clerk's Office provide two certified copies of the indictment to the United States Attorney, Northern District of Florida, and to the United States Marshal, Northern District of Florida.

WHEREFORE, in order to allow for the arrest of defendants, before the indictment is made available to the public, it is respectfully requested that the court order the sealing of the indictment returned in this case as to all four defendants.

Respectfully submitted,

THOMAS F. KIRWIN
Acting United States Attorney

Edwin F. Knight
Assistant U.S. Attorney
Florida Bar No.0380156
21 E. Garden Street, Suite 400
Pensacola, FL 32502-5675
(850) 444-4000

The foregoing motion is GRANTED.
DONE and ORDERED this 16th day of September, 2008.

UNITED STATES MAGISTRATE JUDGE

2